**DAVID CRYSTAL, INC., Appellant,**

v.

**ESTEE LAUDER, INC., Appellee.**
**Patent Appeal No. 8924.**

United States Court of Customs and Patent Appeals.
April 19, 1973.

4. 

| Reg. | No. | 404,780 | Dec. | 21, | 1943 |
|------|-----|---------|------|-----|------|
| Reg. | No. | 535,038 | Dec. | 19, | 1950 |
| Reg. | No. | 556,557 | Mar. | 25, | 1952 |
| Reg. | No. | 645,442 | May | 14, | 1957 |
| Reg. | No. | 649,785 | Aug. | 6, | 1957 |
| Reg. | No. | 650,556 | Aug. | 20, | 1957 |
| Reg. | No. | 658,088 | Feb. | 4, | 1958 |
| Reg. | No. | 706,704 | Nov. | 1, | 1960 |
| Reg. | No. | 726,035 | Jan. | 2, | 1962 |
| Reg. | No. | 756,133 | Sept. | 3, | 1963 |
| Reg. | No. | 760,386 | Nov. | 19, | 1963 |
| Reg. | No. | 764,347 | Feb. | 4, | 1964 |
| Reg. | No. | 841,287 | Dec. | 26, | 1967 |

originates from or is any way associated with the producer of DAVID CRYSTAL or CRYSTAL clothing.

Affirmed.

Ronald L. Panitch, Edward C. Gonda, Seidel, Gonda & Goldhammer, Philadelphia, Pa., attorneys of record, for appellant.

Alex Friedman, New York City, attorney of record, for appellee.

Before MARKEY, Chief Judge, RICH, BALDWIN and LANE, Judges, and ALMOND, Senior Judge.

PER CURIAM.

This appeal is from the decision of the Trademark Trial and Appeal Board, reported at 167 USPQ 411 (1970), dismissing appellant's opposition to appellee's application [1] to register CRYSTAL PAVILION for cosmetic skin lotion. Appellant relied on its prior registrations [2] of marks including the word CRYSTAL for ladies' and misses' dresses, dress ensembles, coats, suits, blouses, skirts, men's wear, fabrics, piece goods, and the like, and alleged likelihood of confusion.

Having considered the decision of the board, all of the arguments presented by the parties, and the record before us, we affirm. We agree with the board that the marketing of a cosmetic skin cream under the mark CRYSTAL PAVILION would not suggest to purchasers that it

---

1. Application No. 300,809 filed June 19, 1968.

2. Reg. No. 404,730 Dec. 21, 1943
   Reg. No. 535,038 Dec. 19, 1950
   Reg. No. 556,557 Mar. 25, 1952
   Reg. No. 645,442 May 14, 1957
   Reg. No. 649,785 Aug. 6, 1957

   Reg. No. 650,556 Aug. 20, 1957
   Reg. No. 658,088 Feb. 4, 1958
   Reg. No. 706,704 Nov. 1, 1960
   Reg, No. 726,035 Jan. 2, 1962
   Reg. No. 756,133 Sept. 3, 1963
   Reg. No. 760,386 Nov. 19, 1963
   Reg. No. 764,347 Feb. 4, 1964
   Reg. No. 841,287 Dec. 26, 1967